**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
  Email: Decker@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Tel: (626) 449-1882 | Fax: (626) 449-1958

Counsel for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, CONTRACT ADMINISTRATION FUND, SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, and OPERATING ENGINEERS WORKERS COMPENSATION TRUST,<br><br>    Plaintiffs,<br><br>  v.<br><br>AGGTECH, INC., a California corporation,<br><br>    Defendant. | CASE NO.: 5:19-cv-00577-JGB-KK<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | This action having been commenced on April 1, 2019, and the Court having |
| 2 | approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the |
| 3 | Operating Engineers Pension Trust, et al, and against defendant Aggtech, Inc., a |
| 4 | California corporation, and for good cause shown, |
| 5 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: |

Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Fund for Construction Industry Advancement, Engineers Contract Compliance Committee Fund, Contract Administration Fund, Southern California Partnership for Jobs Fund, and Operating Engineers Workers Compensation Trust shall recover from defendant Aggtech, Inc., a California corporation, the principal amount of $28,000.00, together with pre-judgment and post-judgment interest at the rate of 8% per annum accruing from June 1, 2019, until the judgment is paid in full.

Dated: July 11, 2019

_____
UNITED STATES DISTRICT JUDGE